

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2020

No. 04-20-00452-CV

**IN THE INTEREST OF A.L.H., S.S.H., H.R.H., H.L.H., V.A.P., R.J.R., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02055
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On September 10, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination that appellant contends was orally rendered on August 13, 2020. The clerk's record does not contain a signed final order terminating appellant's parental rights. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Because it appears no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than October 5, 2020** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to timely respond, this appeal will be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court